# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL RAY HUGHES,

    Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, *et al*.,

    Defendants.

Case No. 2:12-CV-660-KJD-PAL

**ORDER**

    On September 5, 2012, the Court screened (#14) Plaintiff's initial complaint, first amended complaint, and second amended complaint. The Court found the complaints failed to state any claims upon which relief could be granted. The Court dismissed the complaints, but granted Plaintiff leave to file a third amended complaint. On September 19, 2012, the Court granted (#16) Plaintiff's motion to extend the time to file a third amended complaint. Plaintiff's third amended complaint was due no later than October 5, 2012. Plaintiff has failed to file a third amended complaint in accordance with the Court's screening order (#14) and order granting the motion to extend time (#16).

///

///

Accordingly, IT IS HEREBY ORDERED that the present action is **DISMISSED with prejudice**;

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendants and against Plaintiff.

DATED this 9th day of October 2012.

_____
Kent J. Dawson
United States District Judge