1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL RAY HUGHES,

    Plaintiff,

v.

NEVADA DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.

Case No. 2:12-CV-00660-KJD-PAL

**ORDER**

      On October 10, 2012, the Court mistakenly dismissed (#17) Plaintiff's complaint for failure to file a timely amended complaint.  However, the amended complaint was not due until November 5, 2012.  Accordingly, the Court vacates the order (#17) and judgment (#18) entered in error.  Furthermore, Plaintiff has sought a further extension of time (#22) to file a third amended complaint.  Good cause being found, the Court grants the motion to extend time.  Plaintiff's amended complaint shall be filed no later than December 5, 2012.

      Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court **VACATE** the Order (#17) and **JUDGMENT** (#18) dismissing the action;

      IT IS FURTHER ORDERED that Plaintiff's Motions (#20/21) are **GRANTED**;

*///*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IT IS FURTHER ORDERED that Plaintiff's Motion to Extend Time (#22) is **GRANTED**.

DATED this 22ND day of October 2012.

_____
Kent J. Dawson
United States District Judge