| | |
|---|---|
| 1 | CATHERINE CORTEZ MASTO |
|   | Nevada Attorney General |
| 2 | JARED M. FROST |
|   | Deputy Attorney General |
| 3 | Nevada Bar No. 11132 |
|   | Bureau of Litigation |
| 4 | Public Safety Division |
|   | 100 N. Carson St. |
| 5 | Carson City, NV 89701-4717 |
|   | Tel: 775-684-1261 |
| 6 | Email: jfrost@ag.nv.gov |
|   | *Attorneys for Defendants Isidro Baca,* |
| 7 | *Renee Baker, Harry Churchward, James G. Cox,* |
|   | *Wes Mattice, E.K. McDaniel, Dwight Neven,* |
| 8 | *David Vuceta, and Lisa Walsh* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHAEL RAY HUGHES,

        Plaintiff,

v.

DAVID VUCETA, et al.,

        Defendants.

Case No. 2:12-cv-00660-KJD-PAL

**ORDER FOR DISMISSAL**

It is stipulated and agreed by and between Plaintiff, Michael Hughes, *pro se*, and Defendants Isidro Baca, Renee Baker, Harry Churchward, James G. Cox, Wes Mattice, E.K. McDaniel, Dwight Neven, David Vuceta, and Lisa Walsh, by and through counsel, Catherine Cortez Masto, Nevada Attorney General, and Jared M. Frost, Deputy Attorney

///
///
///
///
///

1  General, that the civil rights complaint in the above-captioned matter be dismissed with
2  prejudice. Each party will bear their own attorney fees and costs.

| | |
|---|---|
| DATED December 15, 2014. | DATED December 18, 2014. |
| | CATHERINE CORTEZ MASTO<br>Nevada Attorney General |
| /s/ Michael Ray Hughes<br>Michael Ray Hughes<br>*Plaintiff Pro Se* | By: /s/ Jared Frost<br>Jared M. Frost<br>Deputy Attorney General<br>*Attorneys for Defendants* |

IT IS SO ORDERED.

DATED January 9, 2015.

/s/
UNITED STATES DISTRICT JUDGE